## Commonwealth v. Tate, Appellant.

Argued April 29, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John A. O'Brien,* for appellant.

*Theodore A. Parker,* First Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 27, 1969:
Judgment of sentence affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.